### BARTOW COUNTY *v.* YOUNG *et al.*

BECK, P. J. This was an equitable petition to restrain the County of Bartow, its agents and officers, from maintaining a certain road in a condition described, and from maintaining certain drains and ditches across the road. Under the conflicting evidence in the case the court did not err in granting the interlocutory injunction prayed. *City of Atlanta* v. *Warnock*, 91 *Ga.* 210 (18 S. E. 135, 23 L. R. A. 301, 44 Am. St. R. 17); *Goodrich* v. *Georgia R. Co.*, 115 *Ga.* 340 (41 S. E. 659); *Oostanaula Mining Co.* v. *Miller*, 145 *Ga.* 90 (88 S. E. 562); *Sweetman* v. *Owens*, 147 *Ga.* 436 (94 S. E. 542).

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

No. 642. MAY 15, 1918.

Injunction. Before Judge Tarver. Bartow superior court. September 15, 1917.

*A. W. Fite,* for plaintiff in error. *Paul F. Akin,* contra.